IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GERALD CARROLL CLARK, et al | | |
| Plaintiffs | | |
| v. | * | Civil Action No..: L-97-962 |
| PRESTON AMUSEMENTS, INC., et al | * | |
| Defendants | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE TO STRIKE/ENTER APPEARANCE

Please strike the appearances of Jeffrey Y. Laynor, J. Michael Harrison and Cornblatt, Bennett, Penhallegon & Roberson, P. A. and enter the appearance of Jeffrey J. Plum, The Law Offices of Jeffrey J. Plum, P. A., and Robert W. Guth, The Law Offices of Robert W. Guth, P. A. as attorneys for the Plaintiff, Gerald Carroll Clark, in the above captioned case.

_____
Jeffrey J. Plum     Fed Bar #: 01939
The Law Offices of Jeffrey J. Plum, P.A.
108 N. Bond Street
Bel Air, Maryland 21014
(410) 879-9898

_____
Robert W. Guth    Fed Bar #: 03910
The Law Offices of Robert W. Guth, P. A.
10320 Little Patuxent Parkway
Suite 1200
Columbia, Maryland 21044

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of February, 2000, a copy of the foregoing Notice to Strike/Enter Appearance was mailed, by first class mail, postage prepaid to:

R. Wayne Pierce
Federal Bar No.: 7999
Niles, Barton & Wilmer
1400 Legg Mason Tower
111 South Calvert Street
Baltimore, Maryland 21202

Frank J. Ciano, Esquire
Pino & Associates
Westchester Financial Center
50 Main Street
White Plains, New York  10606

Attorney for Defendants

Jeffrey J. Plum