UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

October 25, 2000

MEMORANDUM TO COUNSEL RE:   CLARK v. PRESTON AMUSMENTS, ET AL
                            CIVIL NO. L-97-962

I have read the letters of counsel and I am not inclined to permit this case to proceed to trial without discovery. I am also not inclined, however, to allow an extended discovery schedule. Accordingly, the case will be conducted according to the following timetable:

A. Fact Discovery

   By November 1, 2000, all parties shall provide each other with a list of name of witnesses to be deposed and the date of the examination. No deposition shall last longer than four hours. The deposition dates should alternate between Plaintiff and Defendants.

   By January 15, 2001, all parties shall complete fact discovery.

B. Expert Discovery

   By December 15, 2000, Plaintiff shall, for each expert, identify the expert, provide Defendants with a curriculum vitae, and state the subject area of the expert's testimony.

   By February 1, 2001, Plaintiff shall produce expert reports fully compliant with Fed. R. Civ. P. 26(a)(2)(B).

   By February 15, 2001, Defendants will depose the experts, if they choose to do so.

   By March 15, 2001, Defendants shall counter-designate experts, and produce expert reports fully compliant with Fed. R. Civ. P. 26(a)(2)(B).

   By April 1, 2001, Plaintiff shall take the deposition of Defendants' experts, if he chooses to do so.

CLARK v. PRESTON AMUSMENTS, ET AL
CIVIL NO. L-97-962
Page 2

By April 8, 2001, parties shall submit a joint status report, informing the Court: (i) whether discovery has concluded; and (ii) whether either side intends to file dispositive motions.

If parties wish to file dispositive motions, we will proceed according to the following timetable:

By April 15, 2001, parties shall file motions for summary judgment. Responsive pleadings shall be filed pursuant to the timetable set forth in the rules.

Despite the informal nature of this Memorandum, it shall be constituted as an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c: Court file