UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**Chambers of**
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

February 12, 2001

MEMORANDUM TO COUNSEL RE:   Gerald Carroll Clark, et al. v.
Preston Amusements, et al.
Civil #L-97-962

Dear Counsel:

I thank Mr. Brohel for his letter of February 9th. Accordingly, counsel are to submit a proposed scheduling order with specific dates for discovery, submission of the status report and dispositive motions.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file

