# PINO & ASSOCIATES, LLP

**ATTORNEYS AT LAW**

Westchester Financial Center
50 Main Street
White Plains, New York 10606
Telephone (914) 946-0600
Facsimile (914) 946-0650
www.pinolaw.com

Rudolph V. Pino, Jr.
Frank J. Ciano*
Thomas E. Healy*

Frank L. Pellegrini**
Frank C. Randazzo
William E. Marsala**
Richard T. Petrillo
Jeffrey C. Brohel
Joanna Roberto*
Brian W. Colistra
Vincent C. Ansaldi*
Timothy P. Welch*

**OF COUNSEL**
John R. Altieri**
Hackensack, New Jersey

Also Admitted to CT Bar *
Also Admitted to NJ Bar **

FILED  February 21, 2001
LODGED ____ ENTERED
____ RECEIVED

FEB 28 2001
CLERK U.S.
DISTRICT OF MARYLAND
BY _____ DEPUTY

**VIA FACSIMILE & REGULAR MAIL**

Honorable Benson Everett Legg
United States District Judge
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

> Re:  Clark v. Far Fabbri
>      United States District Court, District
>      of Maryland
>      Civil Case No.: L-97-962
>      P & A Ref: RVP/FJC/9109

Dear Judge Legg:

We are counsel for defendants, Preston Amusements and Far Fabbri in the above-referenced matter. In accordance with your Order by correspondence dated February 12, 2001, a copy of which is attached hereto, we propose that a revised scheduling order be issued by Your Honor with the following specific dates governing the remainder of discovery:

> March 30, 2001 – Defendants' deadline for deposing plaintiff's expert witnesses and identification of expert witnesses;
> May 15, 2001 – Plaintiff's deadline for deposing Defendants' expert witnesses;
> June 15, 2001 – Deadline for submission of a joint status report; and,
> June 30, 2001 – Deadline for submission of summary judgment motions.

APPROVED THIS _27th_ DAY OF _February_, 2001

_____
BENSON EVERETT LEGG, U.S.D.J.

161491.1

**PINO & ASSOCIATES, LLP**

Honorable Benson Everett Legg
February 21, 2001
Page 2

      Plaintiff's counsel has been consulted and is in agreement on these proposed dates.

      Thank you for your consideration of this issue. Should you have any questions or comments regarding this correspondence, please feel free to contact me.

      Sincerely yours,

      PINO & ASSOCIATES, LLP

      By _____
      Jeffrey C. Brohel

JCB/dc
Enclosure
cc: The Law Offices of Jeffrey J. Plum, P.A. (via facsimile only)
    The Law Offices of Robert W. Guth, P.A. (via facsimile only)
    R. Wayne Pierce, Esq. (via facsimile only)

156490.1