# NILES, BARTON & WILMER, LLP
## ATTORNEYS AT LAW
SUITE 1400
111 S. CALVERT STREET
BALTIMORE, MARYLAND 21202-6185

WASHINGTON, D.C. 20006
1616 H STREET, N.W.
202-737-0512

TELEPHONE 410-783-6300
FACSIMILE 410-783-6363
WEBSITE www.niles-law.com

WRITER'S DIRECT CONTACT

410-783-6380
E-mail: rwpierce@niles-law.com

March 30, 2001

**_VIA FACSIMILE & REGULAR MAIL_**
The Honorable Benson Everett Legg
United States District Judge
U. S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD  21201

> RE:   Clark v. Preston Amusements, Inc., *et al.*
>       U. S. District Court for the District of Maryland
>       Civil Action No.     : L-97-962
>       Our File No.         : 38112-PREST

Dear Judge Legg:

We are counsel for Defendants, Preston Amusements and Par Fabbri in the above-referenced matter.  Current discovery deadlines in this matter are as follows:

> March 30, 2001 – Defendants' deadline for deposing
>                  plaintiff's expert witnesses and
>                  identification of expert witnesses;
> May 15, 2001 – Plaintiff's deadline for deposing
>                  Defendants' expert witnesses;
> June 15, 2001 – Deadline for submission of a joint status
>                  report; and
> June 30, 2001 – Deadline for submission of summary
>                  judgment motions.

It has become apparent that more time will be necessary to complete Defendants' depositions of Plaintiff's experts.  This extension is necessary because counsel for Defendant has been unable to obtain firm dates on which all of the Plaintiff's experts are available to be deposed.  Therefore, the parties propose that the deadline for deposing Plaintiff's expert witnesses be extended to May 15, 2001, subject to the availability of Plaintiff's witnesses.  Plaintiff's counsel has been consulted and is in agreement with this proposed extension.

MOTION "*Approved*" this 3rd day of April 20 01.

_____
BENSON EVERETT LEGG, U.S.D.J.

The Honorable Benson Everett Legg
Re: Clark v. Par Fabbri, et al.
Page 2
March 30, 2001

---

      Thank you for consideration of these issues. Should you have any questions or comments regarding this correspondence, please feel, free to contact me.

                Sincerely,

                R. Wayne Pierce

RWP/cmh

cc:    Jeffrey J. Plum, Esquire
       Robert W. Guth, Esquire
       Frank J. Ciano, Esquire (Claim No.: RVP/FJC/9109)