UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

May 17, 2001

MEMORANDUM TO COUNSEL RE:   Gerald Carroll Clark v.
Preston Amusements, Inc., et al.
Civil #L-96-962

Dear Counsel:

    I am in receipt of Mr. O'Brien's letter requesting a 30-day extension of all deadlines due to difficulties scheduling depositions of plaintiff's expert witnesses. I note that there have been earlier requests for additional time based on the same reason. For example, in a March 30th letter, Mr. Pierce requested additional time because he was unable to obtain firm deposition dates for plaintiff's experts.

    By May 25th, plaintiff's counsel shall submit to defense counsel four dates on which plaintiff's experts may be deposed during the period May 29-June 18. Defense counsel shall select from among the dates and the depositions shall be taken accordingly. By May 30th, counsel shall submit a joint status report advising me of the schedule.

    Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file

