THE LAW OFFICES OF
**JEFFREY J. PLUM, P.A.**

108 N. BOND STREET
BEL AIR, MARYLAND 21014

TELEPHONE:
410-879-9898
410-838-4554

FAX: 410-879-9897
E-MAIL: jplum@charm.net

BALTIMORE OFFICE
510 EQUITABLE BUILDING
FAYETTE & CALVERT STREETS
BALTIMORE, MARYLAND 21202-1820

May 30, 2001

The Honorable Benson Everett Legg
United States District Court
for the District of Maryland
U. S. Court House
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   *Clark, et al. v. Preston Amusements, Inc., et al.*
Case #:   L-97-962

Dear Judge Legg:

I am writing to provide you with a joint status report on behalf of all parties as requested in your letter of May 17, 2001.

Preliminarily, we have completed the depositions of two (2) of the Plaintiff's experts. Additionally, Plaintiff's counsel have submitted four (4) dates to Defendants' counsel for the completion of additional depositions. Unfortunately, there have been unexpected, recent developments, and I am requesting on behalf of all parties your indulgence once again with respect to scheduling.

Subsequent to your letter of May 17, 2001, it was determined that I require cardiac by-pass surgery on a somewhat emergent basis. I am scheduled for a repeat catheterization on Tuesday, June 5 and undergo surgery at St. Joseph's Hospital on June 6, 2001. It is anticipated that I will be out of the office for approximately one (1) month. I am lead counsel in the case on behalf of the Plaintiff, and I feel it essential that I participate in all depositions in the case. Moreover, my co-counsel, Robert W. Guth, Esq. will be out of town for a significant portion of the next month and will be unable to participate in any meaningful way in the deposition process. On behalf of all parties, I am requesting an extension until August 1, 2001 for the Defendants to depose Plaintiff's expert witnesses and to identify their expert witnesses.

On behalf of all parties, I am requesting the Court's indulgence during this somewhat difficult time for me. As you can imagine, these developments have resulted in a significant amount of re-scheduling in a very busy solo practice. I can assure Your Honor that the parties have made substantial progress in that some depositions have been completed, and we fully anticipate that this portion of the discovery process can be accomplished by that time. Moreover, this represents the first request for a modification

APPROVED THIS 31st DAY OF May, 2001

*Benson E. Legg*
BENSON EVERETT LEGG, U.S.D.J.

of the discovery schedule by the Plaintiff. Your patience and understanding is very much appreciated. Thank you.

                                  Very truly yours,

                                  The Law Offices of Jeffrey J. Plum, P.A.

                                  Jeffrey J. Plum

JJP/jmp
cc:    Robert P. O'Brien, Esq. – Counsel for Defendants
       Robert W. Guth, Esq. – Counsel for Plaintiff