FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

2001 OCT 12 P 12: 06

CLERK'S OFFICE
AT BALTIMORE

———————— DEPUTY

| | | |
|---|---|---|
| GERALD CARROLL CLARK, et al. | * | |
|     Plaintiffs | * | |
| v. | * | |
| PRESTON AMUSEMENTS, INC.,<br>et al. | * | Civil Action No. L-97-962 |
| | * | |
|     Defendants | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby **STIPULATED** between and among the parties in the above-referenced case that Count IV of the Plaintiffs' Complaint (Loss of Consortium) is hereby dismissed **with prejudice**.

Theodore B. Cornblatt
201 North Charles Street, Suite 1800
Baltimore, Maryland 21201
(410) 752-7600
Counsel for Plaintiff, Cindy Michelle Clark

Jeffrey J. Plum, Bar No. 01939
108 N. Bond Street
Bel Air, Maryland 21014
(410) 879-9898
Counsel for Plaintiff, Gerald C. Clerk

Robert P. O'Brien
Niles, Barton & Wilmer, L.L.P.
Suite 1400, 111 S. Calvert St.
Baltimore, Maryland 21202-6185
(410) 783-6300
Counsel for Defendants

APPROVED THIS _12TH_ DAY OF _October 2001_

BENSON EVERETT LEGG, U.S.D.J.

# NILES, BARTON & WILMER, LLP

### ATTORNEYS AT LAW

WASHINGTON, D. C. 20006
1616 H STREET, N.W.
202-737-0512

SUITE 1400
111 S. CALVERT STREET
BALTIMORE, MARYLAND 21202-6185

TELEPHONE 410-783-6300
FACSIMILE 410-783-6363
WEBSITE www.niles-law.com

WRITER'S DIRECT CONTACT

410-783-6344
Email rpobrien@niles-law.com

October 11, 2001

**Via Hand Delivery**
Clerk
United States District Court for
 the District of Maryland
U.S. Court House
101 West Lombard Street
Baltimore, Maryland  21201

> RE:   Gerald Carroll Clark, *et al.* v. Preston Amusements, Inc., *et al.*
>        Civil Action No.:     L-97-962
>        Our File No.:  38112

Dear Clerk:

Enclosed for filing please find the Stipulation of Dismissal with Prejudice in the above-reference matter.  If you have any questions, please do not hesitate to contact the undersigned.

Thank you for your attention to this matter.

Very truly yours,

Robert P. O'Brien

RPO/klh

Enclosure

cc: Theodore B. Cornblatt, Esquire
    Jeffrey J. Plum, Esquire
    Robert Guth, Esquire
    Mr. Frank Ciano (Your Claim No.: RVP/FJC/9109)

N:\litigation\rwp\clark preston\clerk 10-11-01