IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GERALD CARROLL CLARK, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: L-97-962 |
| PRESTON AMUSEMENTS, INC., et al. | * | |
| Defendants | * | |

### JOINT STIPULATION FOR EXTENSION OF TIME

Plaintiff, Gerald C. Clark and Defendants Preston Amusements, Inc. and Far Fabbri, s.r.l., by undersigned counsel, hereby stipulate and agree that the time for the parties to reopen the action pursuant to Local Rule 111 is extended up to and including Monday, December 17, 2001. The parties further stipulate and agree that Plaintiffs Motion to Reopen Case filed November 26, 2001 is withdrawn, subject to being resubmitted in the event settlement is not consummated by December 17, 2001.

_____
JEFFREY J. PLUM
Jeffrey J. Plum, P.A.
108 N. Bond Street
Bel Air, Maryland 21014
**Attorney for Plaintiff Gerald C. Clark**

_____
ROBERT P. O'BRIEN
Niles, Barton & Wilmer, LLP
111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202
**Attorney for Defendants
Preston Amusements, Inc. and
Far Fabbri, s.r.l.**

Approved

_____
JUDGE BENSON E. LEGG

Date  12/10/01

N:\litigation\rwp\clark preston\jt stip for ext of time