IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GERALD CARROLL CLARK, et al. *

    Plaintiffs

v. * Civil Action No.: L-97-962

PRESTON AMUSEMENTS, INC., et al. *

    Defendants *

## STIPULATION OF DISMISSAL WITH PREJUDICE

Count IV of the Plaintiff's Complaint (Loss of Consortium) having been dismissed with prejudice by this Court's Order of October 12, 2001, it is hereby stipulated between and among the parties in the above-referenced case that Count I through Count III of the Plaintiff's Complaint are dismissed with prejudice, the matter having been settled, paid and fully satisfied.

_____
JEFFREY J. PLUM, Bar No.: 01939
108 North Bond Street
Bel Air, Maryland 21014
410-879-9898
**Counsel for Plaintiff Gerald C. Clark**

_____
ROBERT P. O'BRIEN
111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202
410-783-6363
**Attorney for Defendants
Preston Amusements, Inc. and
Far Fabbri, s.r.l.**

N:\litigation\rwp\clark preston\sod with prejudice

APPROVED THIS 7th DAY OF January, 2002

_____
BENSON EVERETT LEGG, U.S.D.J.